No. 03–1561. GARCIA-ZAVALA v. ASHCROFT, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 03–1562. HCA INC. & SUBSIDIARIES, SUCCESSOR TO HOSPITAL CORPORATION OF AMERICA & SUBSIDIARIES v. COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 03–1563. HORTON ET AL. v. CITY OF HOUSTON, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–1564. GRANITE STATE OUTDOOR ADVERTISING, INC. v. CITY OF CLEARWATER, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–1565. FAREY-JONES v. THEOFEL ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–1567. MYERS v. AMERICAN SOCIETY OF COMPOSERS, ACTORS, AND PUBLISHERS. C. A. 2d Cir. Certiorari denied.

No. 03–1568. MARTINEZ ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 03–1569. MARTIN v. LOVE-LANE; and
No. 03–1680. LOVE-LANE v. MARTIN. C. A. 4th Cir. Certiorari denied.

No. 03–1572. JORGENSON v. CASON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–1574. WINCE ET AL. v. STEMLER ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–1575. WASHINGTON-DULLES TRANSPORTATION, LTD. v. METROPOLITAN WASHINGTON AIRPORTS AUTHORITY. C. A. 4th Cir. Certiorari denied.

No. 03–1576. MCCOMBS v. DESGUIN, IN HIS OFFICIAL CAPACITY AS PROPERTY APPRAISER, CHARLOTTE COUNTY, FLORIDA, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 03–1577. DECARLO, EXECUTRIX OF THE ESTATE OF DECARLO v. ARCHIE COMIC PUBLICATIONS, INC. C. A. 2d Cir. Certiorari denied.